```
                IN THE UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

CRIMINAL NO. 06-50054-005             USA v. SILAS NORIEGA

COURT PERSONNEL:                      APPEARANCES:

Judge: JIMM LARRY HENDREN             Govt. CHRIS PLUMLEE

Clerk: GAIL GARNER                    Deft. CHUCK CHADWICK

Reporter: THERESA SAWYER              Interpreter: ANNE YANCEY

### SENTENCING MINUTE SHEET

   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

   (X)  Inquiry made that defendant is not under influence of
        alcohol or drugs and is able to comprehend proceedings.
   (X)  Inquiry made whether defendant is under the care of a
        physician or taking any medication and is able to
        comprehend proceedings.
   (X)  Inquiry made that defendant is satisfied with counsel.
   (X)  Court determined that defendant and counsel have had
        opportunity to read and discuss presentence investigation
        report.
   (X)  Presentence investigation report reviewed in open court.
   (X)  Court expresses final approval of plea agreement.
   (X)  Government moves for downward departure - granted and
        4 level departure awarded by the court.
   (X)  Counsel for defendant afforded opportunity to speak on
        behalf of defendant.
   (X)  Defendant afforded opportunity to make statement and
        present information in mitigation of sentence.
   (X)  Attorney for government afforded opportunity to make
        statement to court.
   (X)  Court proceeded to impose sentence as follows:

        87 months imprisonment; 5 years supervised release;
        $15,000.00 fine - interest waived.

Criminal No. 06-50054-005

    (X)   Defendant ordered to comply with standard conditions of supervised release.
    (X)   Defendant denied federal benefits for 5 years.
    (X)   Defendant ordered to pay total special assessment of $100.00, for count 1, which shall be due immediately.
    (X)   Count 4 dismissed on motion by the government.
    (X)   Defendant advised of right to appeal sentence imposed.
    (X)   Defendant advised of right to apply for leave to appeal in forma pauperis.
    (X)   Appeal packet provided.
    (X)   Defendant remanded to custody of U.S. Marshal.

DATE: MARCH 13, 2008                    Proceeding began: 1:50 pm

                                                ended: 3:11 pm